IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Wells Fargo Bank, National Association, | ) | Civil Action No. 3:16-1296-MBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S IDENTIFICATION** |
| | ) | **OF EXPERT WITNESS** |
| Stewart Title Guaranty Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Court's Conference and Scheduling Order filed September 21, 2016 (ECF No. 21) and Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, Defendant Stewart Title Guaranty Company, ("Defendant") by and through its undersigned counsel, discloses the following individual who will appear as an expert witness on its behalf during the trial of the above-referenced matter:

**G. Hamlin O'Kelley, III, Esquire**
**Buist Byars & Taylor, LLC**
**652 Coleman Blvd., Ste. 200**
**Mt. Pleasant, SC  29464**
**(843) 856-4488**

Additionally, the undersigned certifies that a written report, containing those items as required by Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, prepared and signed by the above-referenced expert witness has been disclosed to counsel for the Plaintiff.

1

SOWELL GRAY ROBINSON STEPP & LAFFITTE, L.L.C.

By:   <u>s/Benjamin R. Gooding</u>
Elizabeth Van Doren Gray
Fed. I.D. No.: 4824
egray@sowellgray.com
Benjamin R. Gooding
Fed. I.D. No.: 11897
bgooding@sowellgray.com
1310 Gadsden Street
Post Office Box 11449
Columbia, South Carolina 29211
(803) 929-1400 Telephone
(803) 929-0300 Fax

**Attorneys for Defendant Stewart Title Guaranty Company**

Columbia, South Carolina
January 18, 2017